*Wednesday, September 27, 1995*

## MOTION DOCKET

**93–1708.** State v. Kinley. *Clarke County*, No. 2826. On motion for stay. Motion granted.

**94–10.** State v. Carter. *Hamilton County*, No. C–920604. On motion for stay of execution. Motion granted.

MOYER, C.J., and PFEIFER, J., dissent.

**94–1777.** State v. Dunlap. *Hamilton County*, No. C–930121. On emergency motion for transfer. Motion denied.

**95–1601.** State ex rel. Daum v. Indus. Comm. *Franklin County*, No. 94APD04–607. On motion for stay of execution and for expedited ruling. Motion granted; *sua sponte*, cause held for the decision in 94–2403, *State ex rel. Draganic v. Indus. Comm.*, Franklin County, No. 93APD10–1491; briefing schedule stayed.

F.E. SWEENEY, J., dissents.

**95–1674.** O'Brien v. Bowman. In Mandamus. On motion to dismiss. *Sua sponte*, cause remanded to the Court of Appeals for Franklin County to set bail per Crim.R. 46(C).

RESNICK, J., dissents and would grant the motion to dismiss.

*Thursday, September 28, 1995*

## MOTION DOCKET

**90–338.** State v. Richey. *Putnam County*, No. 12–87–2. On motion to clarify court order entered April 14, 1994, or to continue stay and extension for filing post-conviction petition. Motion to clarify or to continue stay denied.

RESNICK, J., dissents.

**95–1803.** State ex rel. The Cincinnati Post v. Cincinnati. In Mandamus. On motion for protective order and on motion for stay of further proceedings related to respondent's motion for judgment on pleadings. Motion for stay granted and motion for protective order denied.

WRIGHT, J., would grant the stay only.

RESNICK, J., would grant an alternative writ, thereby denying all other motions.

## DISCIPLINARY DOCKET

**94–1576.** In re Resignation of Clauder. On response to contempt order. Contempt order dismissed.